**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI (Aberdeen)**

**IN RE:     SRB AERIAL APPLICATORS, LLC**               **CASE NO. 26-11040-JDW**
                                                              **CHAPTER 11**

---

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that the firm of Mitchell McNutt, 1216 Van Buren, Post Office Box 947, Oxford, Mississippi 38655 represents the interests of Renasant Bank ("Renasant") as counsel in the above referenced Chapter 11.

The undersigned requests that the names shown below be placed on the mailing matrix and that all motions, notices and pleadings in this matter be served on counsel for Renasant at the following address:

> D. Andrew Phillips, Esq.
> Mitchell McNutt
> Post Office Box 947
> Oxford, MS  38655
> aphillips@mitchellmcnutt.com

Request is further made pursuant to the *Federal Rules of Bankruptcy Procedure* that all motions, notices and pleadings be mailed to said counsel, including, without limitation, all notices required by Rule 2002(a) of the *Federal Rules of Bankruptcy Procedure*.

Please take further notice that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the *Bankruptcy Code* specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Request for Notices shall not be deemed or construed to be a waiver of Renasant's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or

40631380v1

proceeding related to this case, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which Renasant may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments Renasant expressly reserves.

Dated: March 26, 2026.

Respectfully submitted,

Renasant Bank

BY:   /s/ D. Andrew Phillips

OF COUNSEL:

D. ANDREW PHILLIPS (MSB #8509)
aphillips@mitchellmcnutt.com
MITCHELL MCNUTT
1216 Van Buren
Post Office Box 947
Oxford, Mississippi 38655
Telephone: 662-234-4845

40631380v1

CERTIFICATE OF SERVICE

I, D. Andrew Phillips, one of the attorneys for Renasant Bank, do hereby certify that a copy of the foregoing instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party, as indicated below.

Craig M. Geno
VIA CM/ECF: CMGENO@CMGENOLAW.COM
*Attorney for the Debtor*

United States Trustee
VIA CM/ECF

Dated: March 26, 2026.

/s/ D. Andrew Phillips

40631380v1